---

### Giménez v. Borrás.

Apelación procedente de la Corte de Distrito de Humacao.

No. 123.—Resuelto en abril 26, 1904.

Interdicto—Costas—Daños y Perjuicios—Devolución de Frutos.—Declarado con lugar un interdicto de recobrar la posesión, se impone como consecuencia legal la condena del despojante al pago de las costas, daños y perjuicios y devolución de los frutos que hubiere percibido.

#### EXPOSICIÓN DEL CASO.

En los autos promovidos en el Tribunal de Distrito de Humacao por Don Pedro Giménez Sicardó contra Don Bartolomé Borrás y Ginart, sobre interdicto de recobrar la posesión de una finca rústica; cuyos autos penden ante nos a virtud de recurso de apelación interpuesto por la parte demandada, representada y dirigida ante esta Corte Suprema por el Letrado Don Jacinto Texidor, habiendo llevado la representación y defensa de la parte apelada el Letrado Don Rafael López Landrón.

*Resultando:* que la sentencia pronunciada por el Tribunal de Distrito de Humacao copiada literalmente dice así:

"*Sentencia.* En la ciudad de Humacao, a los 24 días del mes de agosto de 1903, vistos estos autos de interdicto de recobrar, intentados en nombre de Don Pedro Giménez Sicardó contra Don Bartolomé

Borrás y Ginart, representados respectivamente por los Letrados Don José R. Aponte Riera y Don Juan F. Vías Ochoteco.

"1°. *Resultando:* que en 16 de junio último el Letrado Don José R. Aponte, en representación de Don Pedro Giménez Sicardó, presentó demanda de interdicto de recobrar la posesión, contra Don Bartolomé Borrás y Ginart, exponiendo que su representado se halla en la posesión a nombre de la Sucesión de Don Manuel Giménez Córdova, de que forma parte, de una finca que radica en el barrio de Cañabón del término municipal de Caguas, compuesta de terrenos altos, vegas y cerro, de 200 cuerdas próximamente, en colindancia, (*) por el Poniente, con la Sucesión de Don Antonio Guarch, por el Norte con la Sucesión de Don Salvador Vieta, por el Este, con terrenos de los Sres. Borrás Hermanos, y por el Sud, con la carretera de Aguas Buenas, hasta llegar al río Cagüitas que divide la finca de otra de Doña Fabiana Muñoz, hoy del Dr. Don José del C. Giménez; que el vecino Don Bartolomé Borrás y Ginart, titulándose apoderado de Don Manuel Díaz Caneja, representante de las Monjas Carmelitas, el día 21 mayo último se dirigió al partícipe de dicha finca, Don Antonio Giménez, encargado del poseedor Don Pedro, para que le hiciera entrega inmediata de la referida finca, cuya pretensión fué en el acto rechazada enérgicamente; no contento ni satisfecho el Sr. Borrás, y queriendo de un modo más eficaz para él llevar a efecto sus injustificadas pretensiones, se dirige luego a unos peones que se encontraban desyerbando cañas en una vega colindante con el río y la carretera y que forma parte de la finca mencionada, requiriéndoles para que suspendieran sus trabajos, como así lo hicieron, penetrando por último en la finca donde ha levantado una casita para agregados; que para obtener la restitución correspondiente, se ve en la necesidad de intentar el interdicto de recobrar la posesión con arreglo a los artículos 448 del Código Civil Revisado, 1629, caso 2, 1640 y 1650 de la Ley de Enjuiciamiento Civil; que ofrece información sobre los hechos siguientes: 1°. Hallarse Don Pedro Giménez Sicardó en posesión, a nombre de la Sucesión Giménez Córdova, de la que es parte, del inmueble descrito. 2°. Haber sido despojado aquél de dicha posesión por el vecino y propietario Don Bartolomé Borrás y Ginart en la fecha, y empleados los procedimientos relacionados, y terminó suplicando se admita la información propuesta, y resultando comprobados los dos extremos referidos, mande convocar las partes a juicio verbal, y en definitiva declarar haber lugar al interdicto de recobrar la posesión, mandando que inmediatamente se reponga a su representado en la posesión de la finca

de la que ha sido despojado por el Sr. Borrás, condenando a éste en todas las costas, gastos, daños y perjuicios y devolución de los frutos que hubiere percibido.

"2º. *Resultando:* que señalado día para la práctica de la información ofrecida, declararon los testigos José Dolores Calderón, Nicasio Merced Ramos, Cleto Castro y Díaz, Odon Somonte, José Y. Esterás y Juan Ramírez, acerca de los hechos expuestos en la demanda, y (*) apareciendo justificada la posesión por el demandante y el despojo verificado por Borrás, se señaló día para el juicio, y suspendido éste a petición del Letrado Sr. Aponte, se hizo nuevo señalamiento para el 17 del corriente a las 9 de la manaña.

"3º. *Resultando:* que el día señalado para el juicio verbal, el Letrado Don Juan Vías Ochoteco, en representación de Don Bartolomé Borrás y Ginart, presentó escrito allanándose a la demanda interpuesta, solicitando se dicte sentencia en el sentido solicitado por el actor, si bien sin imposición de costas a su representado, de conformidad con la Orden General 118 de 1899, y el tribunal señaló para la votación de la sentencia el 22 del corriente a las 9 de la mañana, y citadas las partes se verificó la votación el día señalado.

"4º. *Resultando:* que en la tramitación de este juicio se han observado las prescripciones legales.     Siendo Ponente el Sr. Juez Presidente, Don Salvador Fulladosa.

"1º. *Considerando:* que si bien al litigante que se allana no debe condenársele en costas cuando, cual sucede en los pleitos ordinarios, ésta tiene por objeto castigar su temeridad, no resulta así en los interdictos en los que por ser de orden público, la condena de costas tiene por objeto principal resarcir al que ha sido víctima del despojo, de los gastos que para restablecer el estado de derecho preexistente, arbitrariamente perturbado, le causara el despojante.

"2º. *Considerando:* que la regla 63 de la Orden General 118 invocada se refiere a los juicios ordinarios, por lo que no modifica la declaración que para los interdictos establece la Ley de Enjuiciamiento Civil.

"3º. *Considerando:* que el pago de las costas, como los demás pronunciamientos de los interdictos, puede, en su caso, ser objeto de devolución si en el juicio ordinario procedente se extendiese a ese extremo la sentencia que declarase ineficaz la del interdicto.

"*Fallamos:* declarando con lugar el interdicto de recobrar por haber sido despojado el demandante en la posesión de la finca descrita en el primer resultando, acordando que inmediatamente se le reponga

en ella, condenando al despojante Don Bartolomé Borrás y Ginart al pago de las costas, daños y perjuicios, y devolución de los frutos que hubiere percibido; todo sin perjuicio de terceros. Así por ésta nuestra sentencia, definitivamente juzgando, lo pronunciamos, mandamos (*) y firmamos. Salvador Fulladosa, Charles E. Foote, Ramón Quiñones.''

*Resultando:* que contra esta sentencia interpuso la representación de D. Bartolomé Borrás y Ginart recurso de apelación que le fué admitido; y elevados los autos a esta Corte Suprema, previa citación y emplazamiento de las partes, comparecieron éstas, y evacuado el trámite de instrucción, se señaló día para la vista, que tuvo lugar el día veinte de los corrientes, en cuyo acto informaron los letrados de ambas partes cuanto estimaron conducente a la defensa de sus respectivas pretensiones, habiendo manifestado el abogado de Don Bartolomé Borrás y Ginart que el recurso se limitaba a la parte de la sentencia que condena a Borrás al pago de las costas.

Abogado del apelante: *Sr. Texidor.*

Abogado del apelado: *Sr. López Landrón.*

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los resultandos de la sentencia recurrida.

*Considerando:* que habiéndose declarado por dicha sentencia haber lugar al interdicto de recobrar la posesión, promovido por Don Pedro Giménez Sicardó, sin que este pronunciamiento haya sido impugnado en el recurso, se impone, como consecuencia legal, la condena al pago de las costas, daños y perjuicios, y devolución de los frutos que hubiere percibido el despojante, según preceptúa terminantemente el artículo 1656 de la Ley de Enjuiciamiento Civil, no derogado por la Orden General No. 118, serie de 1899.

*Fallamos:* que debemos confirmar y confirmamos en todas sus partes la sentencia apelada, con las costas del recurso a cargo de la parte apelante; y devuélvanse los autos al Tri-

bunal de Distrito de Humacao, con la certificación correspondiente.(*)

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.